UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV16-00182-JGB (SPx) | Date | March 8, 2017 |
|---|---|---|---|
| Title | Shonda Myers v. Real Time Resolutions, Inc. | | |

| Present: The Honorable | SHERI PYM, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Kimberly Carter | none |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Babak Semnar | Raffi Kassabian |

**Proceedings:**     SETTLEMENT CONFERENCE

    The parties appeared for a settlement conference on March 8, 2017.  The settlement conference was not held because the parties announced they had reached a settlement and the terms were being formalized in a written settlement agreement.

00 : 00

Initials of Preparer   kc